# IN THE SUPREME COURT OF THE STATE OF NEVADA

REGINALD PAUL ARZADON ASUNCION,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 72622

FILED

JUL 05 2017

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a motion to reconsider appellant's sentence. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant's counsel has responded to the order to show cause and concedes that this court lacks jurisdiction. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Douglas Smith, District Judge
     Aisen Gill & Associates LLP
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

17-22081